UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br> Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br> Defendant. | Civil Action No. 24-2639 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 12, 2024, Minute Order, the Parties conferred and respectfully submit the following status report on this Freedom of Information Act ("FOIA") case:

**The Status of Plaintiff's FOIA Requests**

Plaintiff submitted three FOIA requests to Defendant U.S. Department of the Interior ("Interior") on March 8, 2024. ECF No. 1. All three requests sought records related to the "America the Beautiful" initiative. One request was directed to the Office of the Secretary, one to the Bureau of Land Management, and one to the U.S. Geological Survey. *Id.* at 3-5.

On September 24, 2024, the U.S. Geological Survey issued a final response to Plaintiff consisting of 164 pages released in full or in part.

On November 21, 2024, the Bureau of Land Management ("BLM") sought clarification regarding Plaintiff's request. BLM followed up on December 9, 2024, and Plaintiff's counsel advised that he followed up with his client. On January 13, 2025, Plaintiff responded. Based upon Plaintiff's response, BLM's processing of Plaintiff's request will include two separate searches,

which are ongoing. Based on the results of those searches, BLM will either begin processing any potentially responsive records or provide a proposal for narrowing to Plaintiff for consideration.

On January 15, 2025, the Office of the Secretary informed Plaintiff that it located approximately 1,000 plus potentially responsive documents with a rough estimate that it would total about 38,000 pages. The Office of the Secretary sent Plaintiff a narrowing proposal and Plaintiff agreed to most of the proposal on January 16, 2025.

### Anticipated Schedule for Processing and Producing Documents

If BLM does not provide a second proposal for narrowing to Plaintiff for consideration, it will issue its first interim production within 45 days of completing its search.

The Office of the Secretary anticipates completing the search on or about February 17, 2025, and will begin producing documents on or about March 17, 2025.

### Substantive Areas of Disagreement

The parties respectfully propose that the question of substantive areas of disagreement between the parties and whether summary judgment motions will be filed in this matter be deferred until after Plaintiff has reviewed Interior's productions and the parties have had an opportunity to meet and confer with respect to any issues Plaintiff may identify with respect to the productions.

### Other Pertinent Issues

The parties respectfully propose that they be ordered to file a further Joint Status Report on or before April 17, 2025, and every ninety days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: January 17, 2025                                Respectfully submitted,

*/s/ Jeremiah L. Morgan*                               BRIDGET M. FITZPATRICK, D.C. Bar #474946
JEREMIAH L. MORGAN                                     Acting United States Attorney

D.C. Bar #1012943
WILLIAM J. OLSON
D.C. Bar #233833
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Counsel for the United States of America*