UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | Civil Action No. 24-2639 (AHA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED the parties shall file their next Joint Status Report on April 17, 2024, and every 90 days thereafter, with a proposal for further proceedings.

SO ORDERED:

_____          _____
Dated                                                                              United States District Judge

4