UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT INITIATIVE,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR,

Defendant.

Civil Action No. 24-2639 (AHA)

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Danielle D. Peraza and remove the appearance of Assistant United States Attorney Kaitlin K. Eckrote, as counsel for the Defendant of United States of America in the above-captioned case.

Dated: October 16, 2026

Respectfully submitted,

By: */s/ Danielle Peraza*

DANIELLE D. PERAZA, DC Bar No. 900938597
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-1727
danielle.peraza@usdoj.gov

*Attorney for the United States of America*